IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. STATE OF CALIFORNIA, EVELYN LI, M.D.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WASHINGTON TOWNSHIP HEALTH CARE DISTRICT, WASHINGTON HOSPITAL HEALTH CARE SYSTEM, ST. ROSE HOSPITAL, NANCY FARBER, MICHAEL MAHONEY, CALIFORNIA HOSPITALIST MEDICAL CORPORATION and DOES 1 through 100 inclusive,<br><br>    Defendants.<br>                                                         / | No. C 06-00261 WHA<br><br>**NOTICE OF HEARING RE PROPOSED VOLUNTARY DISMISSAL** |

    The Court is in receipt of the parties' stipulation regarding voluntary dismissal of this qui tam action. Counsel for plaintiff Li, counsel for the State of California, and counsel for the United States of America are hereby ordered to appear for a hearing on **JULY 6, 2006 AT 11:00 A.M.** to update the Court regarding the status of this action and to determine whether approval of the dismissal is appropriate.

    **IT IS SO ORDERED.**

Dated: June 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE