IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ex rel. STATE OF CALIFORNIA, EVELYN LI, M.D.,

    Plaintiffs,

  v.

WASHINGTON TOWNSHIP HEALTH CARE DISTRICT, WASHINGTON HOSPITAL HEALTH CARE SYSTEM, ST. ROSE HOSPITAL, NANCY FARBER, MICHAEL MAHONEY, CALIFORNIA HOSPITALIST MEDICAL CORPORATION and DOES 1 through 100 inclusive,

    Defendants.

                                     /

No. C 06-00261 WHA

**ORDER RE SUPPLEMENTAL BRIEFS RE PROPOSED DISMISSAL**

    The parties may file under seal their supplemental briefs addressing the merits of the case for purposes of justifying the proposed dismissal. The parties are instructed, however, to also file redacted versions of these supplemental briefs for the public to view.

    **IT IS SO ORDERED.**

Dated: July 6, 2006

                                                /s/ William Alsup
                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE